# United States District Court
## Northern District of Texas

**SUMMONS IN A CIVIL CASE**

United States of America

v.

David Brooks

CASE NUMBER:

7 12 - C V - 148 - 0

TO: (Name and Address of Defendant)

David Brooks
4011 Scott Avenue
Wichita Falls, TX 76306

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Michael Weston
BENNETT, WESTON, LaJONE & TURNER, P.C.
1603 LBJ Freeway, Suite 280
Dallas, TX 75234

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT

Clerk

BY DEPUTY CLERK

Date: 08/27/2012

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by ? | | Date |
| NAME OF SERVER (PRINT) | | Title |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served. _____

_____

☐ Left copies at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left. _____

_____

☐ Returned unexecuted: _____

_____

☐ Other (specify) : _____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| Travel | Services | Total |

### DECLARATION OF SERVICES

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on _____    _____
                    Date                                 Signature of Server

                                        _____
                                                  Address of Server